Case 5:24-cv-00190-JRG-JBB   Document 1-5   Filed 12/18/24   Page 1 of 6 PageID #: 59

Case 5:24-cv-00190-JRG-JBB   Document 1-5   Filed 12/18/24   Page 1 of 6 PageID #: 59

Filed 12/07/2024 4:15 PM
Lori Caraway
District Clerk
Bowie County, Texas
Christy Wright, Deputy

## CAUSE NO. 24C1304-005

| | | |
|---|---|---|
| **MONICA NICHOLSON** § | | **IN THE DISTRICT COURT** |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| **v.** § | | |
| § | | **OF** |
| **ALLSTATE PROPERTY AND** § | | |
| **CASUALTY INSURANCE COMPANY** § | | |
| § | | |
| § | | |
| **Defendant.** § | | **BOWIE COUNTY, TEXAS** |

### PLAINTIFF'S AMENDED PETITION AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff MONICA NICHOLSON and files this Amended Petition against Defendant ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY. For her cause of action, Plaintiff asserts the following:

### A. PARTIES

1. Plaintiff, Monica Nicholson (hereinafter referred to as "Plaintiff Nicholson") is an injured individual residing in Florence, Pinal County, Arizona.

2. Defendant, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY (hereinafter referred to as "Defendant Allstate") is a nationwide insurance company doing business in the State of Texas and may be served with process through its registered agent: CT Corporation System, 1999 Bryan Street, Ste. 900, Dallas, Texas 75201-3136.

### B. JURISDICTION & VENUE

3. Venue and jurisdiction are proper in the District Court of Bowie County because Bowie is the county where the accident occurred.

### C. FACTS

4. This case arises from an automobile accident. On or about February 19, 2023, an uninsured motorist, namely Laura Diane Fowler, was temporarily stopped in the center turn lane of US 59 facing southwest while waiting on the oncoming traffic to pass by. Plaintiff Nicholson was traveling northeast on US 59 in the inside lane. Laura Diane Fowler then failed to yield the right of way to Plaintiff Nicholson by suddenly and unexpectedly turning left in front Plaintiff Nicholson. As a result, Plaintiff Nicholson struck the right passenger side of Laura Diane Fowler's vehicle. Laura Diane Fowler received a citation for failure to yield the right of way approaching traffic – turning left. Accordingly, Plaintiff Nicholson suffered serious personal injuries and damages.

## D. ACTION FOR BENEFITS UNDER THE POLICY

5. At the time of the wreck, Plaintiff Nicholson was protected against loss caused by bodily injury and property damage, and resulting from the ownership, maintenance, or use of an uninsured motor vehicle by Uninsured Motorists Insurance issued by ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY. Plaintiff Nicholson is entitled to benefits available under the insurance policy issued by ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY. The motor vehicle causing Plaintiff Nicholson's damages as described below, was at all times material to this action an "uninsured motor vehicle" as that term is defined in the Defendant's automobile insurance policies. In this connection, Plaintiff will show that the sum of the limits on all applicable liability bonds and policies providing liability insurance for the ownership, maintenance, or use of such vehicle is insufficient to compensate for Plaintiff's actual damages.

6. Plaintiff has complied with all conditions precedent to bringing an action for benefits under the policy issued by Defendant, yet Defendant has failed to make any reasonable

effort to resolve her claim. In support of this action, Plaintiff would show that the third-party driver described below was negligent and that such negligence was the proximate cause of her damages.

### E. NEGLIGENCE OF LAURA DIANE FOWLER

7. The accident made the basis of this suit was proximately caused by the negligence of Laura Diane Fowler. Plaintiff obtained a report from the police in this case that showed Laura Diane Fowler to be at fault in the incident giving rise to these injuries. The police issued a citation to Laura Diane Fowler for failure to yield right of way approaching traffic – turning left. Further, Laura Diane Fowler was an uninsured motorist.

### F. INSURANCE CODE VIOLATIONS

8. In violation of Chapters 541 and 542 of the Texas Insurance Code, Defendant has knowingly and intentionally engaged in unfair settlement practices with respect to this claim, including, but not limited to, failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim with respect to which the insurer's liability has become reasonably clear; and refusing to pay a claim without conducting a reasonable investigation with respect to the claim. Further, Defendant violated Chapter 542 by compelling Plaintiff to institute a suit to recover an amount due under a policy by offering substantially less than the amount ultimately recovered in a suit brought by the policyholder.

### G. DAMAGES

9. As a direct and proximate result of Defendant's conduct, Plaintiff is seeking monetary relief of $250,000.00 or less, excluding interest, statutory or punitive damages and penalties, and attorney fees and costs for the following:

    a. Physical pain and mental anguish in the past and future;

    b. Physical impairment in the past and future;

3

   c. Medical expenses in the past and future;

   d. Lost earnings;

   e. Lost earning capacity;

   f. Statutory additional damages; and

   g. Exemplary damages.

## H. REQUEST FOR DISCLOSURE

10. As provided in Rule 194, Texas Rules of Civil Procedure, required Initial Disclosures of all items listed in Rule 194.2 must be made at or within 30 days after the filing of the first answer unless a different time is set by the parties' agreement or court order.

## I. JURY DEMAND

13. Plaintiff demands a jury trial and tenders the appropriate fee with her Complaint.

## J. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be duly cited to appear and answer this Complaint and that upon final hearing, Plaintiff recovers as follows:

   1. Actual and punitive damages;

   2. Pre-judgment and post-judgment interest as provided by law;

   3. Costs of Court;

   4. Statutory additional damages;

   5. Attorney's fees; and

   6. Such other and further relief to which the Plaintiff may be justly entitled.

          Respectfully submitted,

          **Keil Law Firm, PLLC**
          406 Walnut Street
          Texarkana, AR 71854
          Telephone: (870) 772-4113
          Facsimile: (870) 773-2967

4

By: */s/ Matt Keil*
**Matt Keil**
Texas Bar No. 11181750
AR Bar No. 86099
mkeil@kglawfirm.com
**Erin Keil**
TX Bar No. 24120462
AR Bar No. 2020060
ekeil@kglawfirm.com
**Hailee Amox**
Texas Bar No. 24085176
AR Bar No. 2014090
hamox@kglawfirm.com

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

This shall certify that on December 17, 2024, a copy of this document has been served upon all counsel as follows:

Via E-Serve
**John Stilwell**
john@stilwelldallas.com
**Law Office of John Stilwell, PLLC**
6213 Chapel Hill, Suite B
Plano, Texas 75093

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Donald Keil
Bar No. 11181750
mkeil@kglawfirm.com
Envelope ID: 95422208
Filing Code Description: Amended Petition
Filing Description:
Status as of 12/17/2024 4:35 PM CST

Associated Case Party: MONICA NICHOLSON

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Nichole Adkinson | | nadkinson@kglawfirm.com | 12/17/2024 4:15:10 PM | SENT |
| Erin Keil | | ekeil@kglawfirm.com | 12/17/2024 4:15:10 PM | SENT |
| Matt Keil | | mkeil@kglawfirm.com | 12/17/2024 4:15:10 PM | SENT |
| Misty Nichols | | mnichols@kglawfirm.com | 12/17/2024 4:15:10 PM | SENT |
| Hailee Amox | | hamox@kglawfirm.com | 12/17/2024 4:15:10 PM | SENT |

Associated Case Party: ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| John Stilwell | | john@stilwelldallas.com | 12/17/2024 4:15:10 PM | SENT |
| Athena Hord | | Athena@stilwelldallas.com | 12/17/2024 4:15:10 PM | SENT |