# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **MONICA NICHOLSON** § | |
| § | |
| VS. § | Civil Action No. 5:24-cv-191-JRG-JBB |
| § | |
| **ALLSTATE PROPERTY AND** § | |
| **CASUALTY INSURANCE COMPANY** § | |

## ORDER OF DISMISSAL

Before the Court is the Motion to Dismiss With Prejudice (Docket No. 20) filed by Plaintiff Monica Nicholson and Defendant Allstate Property and Casualty Insurance Company (collectively, the "Parties"). According to the motion, the Parties have settled the above case and request the Court enter an Agreed Order of Dismissal with prejudice, with each side bearing their own costs. The Court finds the Parties' motion should be granted. Having found that all matters in controversy between the Parties have been satisfied and settled, it is

**ORDERED** that the cause of action of Plaintiff Monica Nicholson against Defendant Allstate Property and Casualty Insurance Company is hereby **DISMISSED** with prejudice, and that all costs and attorney's fees shall be borne by the party incurring same.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 24th day of July, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE